UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

GREGORY NEAL ANDERS,       )
                                )
       Plaintiff,         )        Civil No. 06-143-GFVT
                                )
V.                              )
                                )
MICHAEL J. ASTRUE,        )        **JUDGMENT**
Commissioner of Social Security,   )
                                )
       Defendant.     )
                                )

*** *** *** ***

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1.    The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

3.    All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4.    This matter is **STRICKEN** from the Court's active docket.

This the 21st day of March, 2008.



Signed By:
*Gregory F. Van Tatenhove*
**United States District Judge**